No. D-1342.  IN RE DISBARMENT OF KOLE.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1035.]

No. D-1343.  IN RE DISBARMENT OF KOPROWSKI.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1035.]

No. D-1344.  IN RE DISBARMENT OF JOHNSON.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1035.]

No. D-1345.  IN RE DISBARMENT OF KROHN.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1035.]

No. D-1347.  IN RE DISBARMENT OF CONAWAY.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1036.]

No. D-1348.  IN RE DISBARMENT OF BAILEY.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1036.]

No. D-1352.  IN RE DISBARMENT OF HULNICK.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1069.]

No. D-1354.  IN RE DISBARMENT OF MICKS.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1069.]

No. D-1374.  IN RE DISBARMENT OF HEITMANN.  It is ordered that Harold P. Heitmann, of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1375.  IN RE DISBARMENT OF MCNAMARA.  It is ordered that Warren Harding McNamara, Jr., of Newport News, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1376.  IN RE DISBARMENT OF NATH.  It is ordered that Jack Nath, of New Hyde Park, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.